(May 18, 1962)

■ RAYMOND MARTIN, Plaintiff, v. SIEGFRIED CONSTRUCTION CO., INC., Defendant, and Third-Party Plaintiff-Respondent. BUFFALO STRUCTURAL STEEL CORP., Third-Party Defendant-Appellant.—

Memorandum: That portion of the judgment which awards the amount of $25, $425 and $115.55 costs and disbursements has become academic because of our decision in *Martin v. Siegfried Constr. Co.* (16 A D 2d 383). That portion of the judgment which awards $2,250 as attorneys' fees and $21.50 disbursements should be reversed at this time and the problems involved should await the conclusion and disposition of this case and of the case of *Martin v. Siegfried Constr. Co., Inc.* Williams, P. J., Bastow, Goldman and McClusky, JJ., concur; Halpern, J., dissents and votes to affirm on the authority of *Jordan v. City of New York* (3 A D 2d 507, affd. 5 N Y 2d 723). (Appeal by third-party defendant from judgment and part of an amended judgment and from an order of Erie Supreme Court in favor of third-party plaintiff, in an action by Siegfried Construction Co., Inc., under section 193-a of the Civil Practice Act for recovery over, in a negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.